**Order entered January 17, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00863-CV

**LESKEL NICHOLS, Appellant**

**V.**

**DOWNTOWN KWIK LUBE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-00165-D**

## ORDER

Before the Court is appellant's January 15, 2020 motion for extension of time to file his corrected brief. We **GRANT** the motion and **ORDER** the corrected brief be filed no later than February 18, 2020. We caution appellant that failure to file the brief may result in dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).


/s/  ERIN A. NOWELL
   JUSTICE